IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01450-WYD-KLM

JULIE FAIRMAN,

     Plaintiff,

v.

VIKING LIFE-SAVING EQUIPMENT A/S, a Colorado corporation doing business as Quest Enterprises, Inc.,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Reset Scheduling Conference** [#11] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#11] is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 7, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **October 21, 2014 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **October 14, 2014**.

     Dated:  September 10, 2014