IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01450-WYD-KLM

JULIE FAIRMAN,

    Plaintiff,

v.

VIKING LIFE-SAVING EQUIPMENT A/S, a Colorado corporation doing business as Quest Enterprises, Inc.,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Protective Order** [#18] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated:  October 27, 2014